The People of the State of Illinois, Plaintiff-Appellee, *v.* Eddie Howard, Defendant-Appellant.

(No. 61562;

First District (3rd Division)—July 17, 1975.

PER CURIAM.

James Doherty, Public Defender, of Chicago (Judith Stewart, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.